DARRELL D. DENNIS
Nevada Bar No. 6618
JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Jason.Revzin@lewisbrisbois.com
Attorneys for Defendant
SMART SALES & LEASE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CINDY AKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMART SALES & LEASE; and Does 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO. 2:13-cv-01405-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between parties hereto, and their respective counsel of record, and upon representation having been made that all claims have been settled, the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 26th day of September, 2013.                Dated this 26th day of September, 2013.

HAINES & KRIEGER, LLC                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

　/s/ David H. Krieger                                                  　/s/ Jason G. Revzin
DAVID H. KRIEGER                                                   DARRELL D. DENNIS
GEORGE HAINES                                                     JASON G. REVZIN
8985 S. Eastern Avenue, Suite 130                          6385 S. Rainbow Boulevard, Suite 600
Henderson, NV 89123                                               Las Vegas, Nevada 89118
dkrieger@hainesandkrieger.com                             E-Mail: Darrell.Dennis@lewisbrisbois.com
ghaines@hainesandkrieger.com                             E-Mail: Jason.Revzin@lewisbrisbois.com
*Counsel For Plaintiff*                                                Attorneys for Defendant
                                                                                     SMART SALES & LEASE

4850-8103-0166.1

## ORDER

BASED UPON THE FOREGOING STIPULATION and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice and each party to bear its own costs and attorneys fees.

Dated this 26th day of September, 2013.

_____
DISTRICT COURT JUDGE